IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREENLINE INDUSTRIES, INC., | No. C 08-2438 CW |
|     Plaintiff, | ORDER TRANSFERRING THE CASE TO THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF ARKANSAS |
|   v. | |
| AGRI-PROCESS INNOVATIONS, INC.; and AP FABRICATIONS, LLC, f/k/a/ GREENLINE FABRICATIONS, LLC, | |
|     Defendants. | |

_____/

In the Court's July 28, 2008 Order, the Court concluded "that API/APF'S Arkansas suit has priority for purposes of the first to file rule. Therefore, the Court defers to the Eastern District of Arkansas to decide the appropriate forum and whether an exception to the first-to file rule is applicable." The Court also noted

that "[i]f the Arkansas court denies GIL's motion to transfer, the parties shall notify the Court. The case will be transferred to the Eastern District of Arkansas and API/APF may raise their standing arguments in that court."

On September 4, 2008, the United States District Court for the Eastern District of Arkansas ruled and denied, in its entirety, GIL's motion to dismiss or in the alternative to transfer or stay plaintiffs' substituted complaint.

Therefore, the Court orders the instant case transferred to the United States District Court for the Eastern District of Arkansas. The Court also vacates the case management conference set for October 7, 2008.

IT IS SO ORDERED.

Dated: 9/16/08

CLAUDIA WILKEN
United States District Judge

2